FILED
October 24, 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY \_\_\_\_\_BriannaWinter\_\_\_\_\_
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. W19-796M |
| Plaintiff, | ) | **INFORMATION** |
| v. | ) | [Count One: 18 U.S.C. §§ 7(3) & 113(a)(4) – Assault by Striking, Beating, or Wounding] |
| DEMONI C. JESSUP, | ) | |
| Defendant. | ) | |

_X_ FILED   \_\_\_ ENTERED
\_\_\_\_ LOGGED \_\_\_\_\_ RECEIVED

**2:53 pm, May 11 2020**
AT BALTIMORE
CLERK, U.S. DISTRICRT COURT
DISTRICT OF MARYLAND
BY _____CRP_____Deputy

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[18 U.S.C. §§ 7(3) & 113(a)(4)]

On or about July 23, 2019, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, Defendant

DEMONI C. JESSUP

did commit an assault by striking, beating, and wounding another person, to wit: J.H.J., her spouse, in violation of Title 18, United States Code, Sections 7(3) & 113(a)(4).

JOHN F. BASH
United States Attorney

By: _/s/ Kiahhn L. Jackson_
KIAHHN' L. JACKSON
Special Assistant U. S. Attorney

4